## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

NATIONAL CONSUMER LAW CENTER,

      Plaintiff,

      vs.

UNITED STATES DEPARTMENT OF
EDUCATION,

      Defendant.

Civil Action No. 18-10763-IT

### ORDER

In light of the parties' joint status report, it is hereby ORDERED that the parties shall file a joint status report by December 7, 2018, concerning the status of the case and proposing a schedule for further proceedings.

Dated: 10/24/2018

                                    Indira Talwani
                                    United States District Judge