UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL CONSUMER LAW CENTER,<br><br>    Plaintiff,<br><br>    vs.<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br><br>    Defendant. | Civil Action No. 18-10763-IT |

**ORDER**

In light of the parties' joint status report, it is hereby ORDERED that the parties shall file a joint status report by February 8, 2019, concerning the status of the case and proposing a schedule for further proceedings.

Dated: 12/12/2018

*/s/ Indira Talwani*
Indira Talwani
United States District Judge