UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL CONSUMER LAW CENTER,<br><br>    Plaintiff,<br><br>    vs.<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br><br>    Defendant. | Civil Action No. 18-10763-IT |

**ORDER**

In light of the parties' joint status report, it is hereby ORDERED that the parties shall file a joint status report by March 29, 2019, concerning the status of the case and proposing a schedule for further proceedings.

Dated: 2/28/2019

                                                          Indira Talwani
                                                          United States District Judge