UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL CONSUMER LAW CENTER,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br><br>Defendant. | Civil Action No. 18-10763-IT |

## ORDER

In light of the parties' joint status report, it is hereby ORDERED that the parties shall comply with the following schedule for summary judgment briefing:

1. Defendant shall file its motion for summary judgment by May 21, 2019.

2. Plaintiff shall file its combined cross-motion for summary judgment and opposition to defendant's motion for summary judgment by June 18, 2019.

3. Defendant shall file its combined reply in support of its motion for summary judgment and opposition to plaintiff's cross-motion for summary judgment by July 9, 2019.

4. Plaintiff shall file its reply in support of its cross-motion for summary judgment by July 30, 2019.

Dated: 4/1/2019

/s/ Indira Talwani
Indira Talwani
United States District Judge