# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL CONSUMER LAW CENTER, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES DEPARTMENT OF EDUCATION, <br><br> Defendant. | Civil Action No. 18-10763-IT |

**STIPULATION AND [PROPOSED] ORDER**

Plaintiff National Consumer Law Center and defendant United States Department of Education (ED) previously explained to the Court that the issues in this case had been narrowed to ED's withholding of three categories of information from a document identified as a "Borrower Defense Protocol." March 29, 2019 Joint Status Report ¶ 5 (Doc. 28). On May 2, 2019, ED produced in full one category of information at issue. On July 12, 2019, following the filing of cross-motions for summary judgment, ED produced in full the remaining two categories of information. Accordingly, the parties have now resolved the case, including an agreement with regard to payment of attorneys' fees and costs. The parties agree and stipulate as follows:

1. This Stipulation and Order shall constitute dismissal of this action. The dismissal shall be effective upon the Court's signing and entry of this Stipulation and Order on the docket as an order of the Court.

2. ED shall pay to counsel for plaintiff, Public Citizen Litigation Group, a lump sum of $30,000. The parties agree that payment of this sum shall constitute full and final settlement of all claims by plaintiff for fees, costs, and expenses against ED in this action.

3. The Court retains jurisdiction to enforce the provisions of this Stipulation and Order.

Dated: September 26, 2019

FOR THE PLAINTIFF:

/s/ Patrick D. Llewellyn
Patrick D. Llewellyn*
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000
pllewellyn@citizen.org

Persis Yu (BBO No. 685951)
Stuart Rossman (BBO No. 430640)
National Consumer Law Center
7 Winthrop Square, 4th Floor
Boston, MA 02110-1245
(617) 542-8010
pyu@nclc.org

*Admitted pro hac vice

Respectfully submitted,

FOR THE DEFENDANT:

ANDREW E. LELLING
United States Attorney

By: /s/ *Susan M. Poswistilo*
Susan M. Poswistilo (BBO #565581)
Assistant U.S. Attorney
U.S. Attorney's Office
John J. Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3103
susan.poswistilo@usdoj.gov

SO ORDERED, this 27 day of September, 2019.

UNITED STATES DISTRICT JUDGE